TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN






NO. 03-02-00435-CR







Robert Martin, Appellant



v.



The State of Texas, Appellee







FROM THE DISTRICT COURT OF TRAVIS COUNTY, 331ST JUDICIAL DISTRICT


NO. 955530, HONORABLE BOB PERKINS, JUDGE PRESIDING






O R D E R


PER CURIAM

The reporter's record was due to be filed on June 7, 2002. The court reporter has now
informed the Court that the record will be completed by September 27, 2002.

The court reporter for the 331st District Court, Mr. Joel Silva, is ordered to file the
reporter's record no later than September 27, 2002. No further extension of time will be granted. 

It is ordered August 22, 2002.


Before Justices Kidd, Patterson and Puryear

Do Not Publish